AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

FILED
SEP 23 2026
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY BG DEP CLK

United States of America
v.
Sherif Mahmoud ELGANAINY

*Defendant(s)*

Case No. 7:26-mj-1337-RJ

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 09/20/2026 in the county of Onslow in the Eastern District of North Carolina, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 922(g) | Felon in Possession of Ammunition |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Brian Frank, Task Force Officer, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/22/2026

[signature]
*Judge's signature*

City and state: Wilmington, NC

Hon. Robert B. Jones, Jr.
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR ARREST WARRANT

I, Brian Frank, a Special Agent of the Naval Criminal Investigative Service (NCIS) and a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI), United States Department of Justice, assigned to the Wilmington, North Carolina (NC) Resident Agency of the FBI's Charlotte Field Office, having been duly sworn, make the following statement in support of a request for a criminal complaint charging Sherif Mahmoud ELGANAINY with Felon in Possession of Ammunition, in violation of Title 18, United States Code Section 922(g)(1).

### INTRODUCTION

1. I am an "investigative or law enforcement officer" of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516 of Title 18, United States Code.

2. The statements contained in this affidavit are based in part on: my personal participation in this investigation; information provided by other law enforcement officers; law enforcement reports; and my experience, training, and background as a Special Agent of the NCIS and TFO with the FBI. This affidavit includes only those facts that I believe are necessary to establish probable cause and does not include all of the facts uncovered during this investigation.

### FACTS OF THE CASE

3. On September 19, 2026, the FBI and Onslow County Sheriff's Office (OCSO) received information from the Jacksonville Police Department that Sherif Mahmoud ELGANAINY (ELGANAINY) sent text messages to a reporting party which stated he was "hopefully going jihad", "I send suicide note", and, "I am bomber". The reporting party

explained the messages were in response to a request for ELGANAINY to conduct lawn care services.




4. On September 19, 2026, OCSO Deputy ADAIR conducted a welfare check of ELGANAINY at his residence located at 132 Porters Ridge Road, Jacksonville, North Carolina (NC). ELGANAINY told the OCSO Deputy that he was "homicidal", but not suicidal. ELGANAINY said he lived alone, had "a lot of weaponry", referenced building homemade firearms, discussed jihad, and explained he needed to leave for Egypt a soon as possible. Deputy ADAIR observed black powder, other materials that could be used to manufacture an improvised explosive device (described by ELGANAINY as "precursors"), ammunition, and what appeared to be several firearms inside the residence. ELGANAINY explained some of the black powder was "commercial" and showed a plastic container which he said contained "non-commercial" black powder. ELGANAINY identified himself as the owner and sole occupant of 132 Porters Ridge Road, Jacksonville, North Carolina.

5. On September 20, 2026, the Onslow County Sheriff's Office executed a search warrant authorized by Magistrate M.J. WILLIAMS at 132 Porters Ridge Road, Jacksonville, NC, the residence of Sherif Mahmoud ELGANAINY, to search for evidence of felon in possession of a firearm and possible bomb making materials related to weapons of mass destruction violations.

6. During the search of ELGANAINY's residence, law enforcement located eight (8) "PMC 45 AUTO" ammunition rounds within a match box, kept within a bedroom that also contained boxes of black powder and other chemicals/materials. The search also yielded numerous .22 caliber air rifles with optics and imitation suppressors, a .50 caliber muzzleloader rifle, and a crossbow. Officers also found numerous spent ammunition casings in ELGANAINY's closet with additional ammunition reload materials. The search of the residence revealed numerous bills, mail, and medications associated with ELGANAINY.

7. Based on the markings stamped on the ammunition, your affiant has consulted with Special Agent Michael Newsome with ATF and who has opined that this ammunition was manufactured by Precision Made Ammunition (PMC), which is located outside the state of North Carolina. Therefore, the ammunition in ELGANAINY's possession must have been shipped or transported in interstate or foreign commerce to be possessed in North Carolina.

8. ELGANAINY has been convicted of felony violations of Resist Officer With Violence, Battery on Specified Personnel, and Deprive of Means Protection or Communication, of which he was convicted on May 11, 2018, and sentenced to 36 months imprisonment and 36 months probation. According to his own statements to Deputy ADAIR and post-Miranda statements to FBI Special Agent James Byers, ELGANAINY knows he is a convicted felon and cannot legally possess firearm ammunition. In addition, ELGANAINY spent over a year in prison. Florida Department of Adult Corrections records show ELGANAINY was imprisoned for the above offenses from May 22, 2018 to November 20,

2019, and again from September 15, 2022 to August 01, 2023 for probation violations related to the above offenses.

## CONCLUSION

9. Based on the foregoing, there is probable cause to believe that on or about September 20, 2026, ELGANAINY committed the offense of Felon in Possession of Ammunition, in violation of Title 18, United States Code, Sections 922(g)(1). I respectfully request that this Court issue a warrant for the arrest of ELGANAINY.

Respectfully submitted,

Brian Frank
Task Force Officer
Federal Bureau of Investigation

On this 22 day of September, 2026, Brian Frank appeared before me, was placed under oath, and attested to the contents of this Affidavit.

ROBERT B. JONES, JR.
United States Magistrate Judge
Eastern District of North Carolina